THE NEW YORK FLOATING DRY DOCK COMPANY, RESPONDENT, *v.* EDWARD B. SEAMAN, CAPTAIN OF THE PORT, AND JAMES M. THOMPSON, ONE OF THE HARBOR MASTERS, APPELLANTS.

THIS action is brought to restrain the defendants from removing a floating dry dock, belonging to the plaintiff, from the slip adjoining pier No. 49. The plaintiff procured a temporary injunction, and, upon appeal to the General Term, the court decided to continue the injunction until the cause could be tried. No reasons were assigned.

*William Allen Butler*, for the appellants.

*E. C. Benedict*, for the respondent.

Opinion by LAWRENCE, J.

DANIELS, J., concurred.

---

HENRY V. POOR, RESPONDENT, *v.* HENRY C. BOWEN, APPELLANT.

APPEAL from a judgment in the Supreme Court, entered on the report of a referee in favor of the plaintiff.

"The case is so purely one of fact, on which the referee has found, that it cannot be disturbed."

*George C. Holt*, for the appellant.

*Isaac V. French*, for the respondent.

Opinion by DONOHUE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed.